Katherine Kelly Lutton (SBN 194971)
lutton@fr.com
Shelley K. Mack (SBN 209596)
mack@fr.com
Jerry T. Yen (SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070 / Facsimile: (650) 839-5071

Attorneys for Defendants/Counterclaim-Plaintiffs
RED HAT, INC. AND GLUSTER, INC.

Christopher D. Banys (State Bar No. 230038)
Richard C. Lin (State Bar No. 209233)
Jennifer C. Lu (State Bar No. 255820)
Nicholas S. Mancuso (State Bar No. 271668)
cdb@lanierlawfirm.com
rcl@lanierlawfirm.com
jcl@lanierlawfirm.com
nsm@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 322-9100 / Facsimile: (650) 322-9103

Attorneys for Plaintiff/Counterclaim-Defendant
TWIN PEAKS SOFTWARE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> RED HAT, INC. AND GLUSTER, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Case No.  5:12-cv-00911 RMW <br><br> [~~PROPOSED~~] **ORDER ADOPTING STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO PLAINTIFF TWIN PEAKS SOFTWARE INC.'S MOTION TO RETAIN CONFIDENTIALITY OF ITS SOURCE CODE** |

1

[~~PROPOSED~~] ORDER ADOPTING
STIPULATION TO EXTEND TIME TO FILE RESPONSE
AND REPLY TO TWIN PEAKS' MOTION
5:12-cv-00911 RMW

Having carefully considered Plaintiff Twin Peaks Software Inc. ("Twin Peaks") and Defendants Red Hat, Inc. and Gluster, Inc. (collectively, "Red Hat") stipulation to extend the time to file the response and reply to Plaintiff Twin Peaks' Motion to Retain Confidentiality of Source Code, the Court **ADOPTS** the Stipulation and orders that the briefing schedule be set as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Responsive Brief | December 26, 2012 | January 18, 2013 |
| Reply Brief | January 2, 2013 | January 25, 2013 |

**IT IS SO ORDERED.**

DATED: January 7, 2013

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

50878748.doc