1  Christopher D. Banys  (State Bar No. 230038)
2  Richard C. Lin         (State Bar No. 209233)
   Jennifer C. Lu         (State Bar No. 255820)
3  Nicholas S. Mancuso  (State Bar No. 271668)
   cdb@lanierlawfirm.com
4  rcl@lanierlawfirm.com
   jcl@lanierlawfirm.com
5  nsm@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
6  2200 Geng Road, Suite 200
7  Palo Alto, California 94303
   Telephone:  (650) 322-9100
8  Facsimile:   (650) 322-9103

9  Attorneys for Plaintiff/Counterclaim-Defendant
   TWIN PEAKS SOFTWARE INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15 | TWIN PEAKS SOFTWARE INC.           | Case No. 5:12-cv-00911-RMW
16 |   Plaintiff and Counterclaim-Defendant, | **[] ORDER GRANTING JOINT
17 | v.                                  | STIPULATION TO EXTEND TIME TO FILE
   |                                     | OPPOSITION AND REPLY TO PLAINTIFF
18 | RED HAT, INC. AND GLUSTER, INC.,    | TWIN PEAKS SOFTWARE INC.'S MOTION
   |                                     | TO RETAIN CONFIDENTIALITY OF ITS
19 |   Defendants and Counterclaim-Plaintiffs. | SOURCE CODE AND CONTINUANCE OF
20 |                                     | HEARING DATE**
21 |                                     | Date: February 8, 2013
22 |                                     | Time: 9:00 am
   |                                     | Courtroom: 6
23

28
[] ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME AND
CONTINUANCE OF HEARING DATE
CASE NO: 5:12-CV-00911-RMW

1  Having carefully considered Plaintiff Twin Peaks Software Inc. and Defendants Red
2  Hat, Inc. and Gluster, Inc.'s stipulation to extend the time to file the opposition and reply to
3  Twin Peaks' Motion to Retain Confidentiality of Source Code ("Motion") and reschedule the
4  hearing on the Motion, the Court **ADOPTS** the stipulation and orders that the briefing
5  schedule and hearing date on the Motion be set as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Responsive Brief | January 18, 2013 | February 22, 2013 |
| Reply Brief | January 25, 2013 | March 1, 2013 |
| Hearing | February 8, 2013 | March 15, 2013 |

**IT IS SO ORDERED.**

DATED: FEGJEFH  _____

_____
Honorable Ronald M. Whyte
United States District Judge

[[] ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME AND
CONTINUANCE OF HEARING DATE
CASE NO: 5:12-CV-00911-RMW

1