# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: February 15, 2013                          Time in Court: 9 hours and 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (6:52 to 6:56; 7:24 to 7:28)

**TITLE: Twin Peaks Software, Inc. v. Red Hat, Inc., et al.**
**CASE NUMBER**: CV12-00911 RMW

Plaintiff Attorney(s)/Parties present: Christopher Banys, Jennifer Lu, Richard Lin and John Wong
Defendant Attorney(s)/Parties present: Katherine Lutton, Shelley Mack, Adam Kessel, Jerry Yen, Patrick McBride, David Perry and Tom Reynolds

## PROCEEDINGS:
**Settlement Conference**

Settlement conference held.
Case settled. Settlement terms placed on the record.

///