1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC., <br>     Plaintiff and Counterclaim-Defendant, <br> v. <br><br> RED HAT, INC. AND GLUSTER, INC., <br>     Defendants and Counterclaim-Plaintiffs. | Case No. 5:12-cv-00911-RMW <br><br> **[] ORDER GRANTING JOINT MOTION TO STAY** |

1 | The Court having considered the parties' Joint Motion to Stay, and having concluded that good
2 | grounds exist for the requested relief, now therefore,
3 |     IT IS HEREBY ORDERED that the parties' Joint Motion to Stay is GRANTED.  All
4 | proceedings in this matter shall be stayed for 120 days from the date of entry of this Order.  All
5 | previously set deadlines in this matter are vacated, including but not limited to all dates relating to claim
6 | construction, and all deadlines to respond to any pending discovery requests.
7 |     IT IS SO ORDERED.

9 | Dated: February 20, 2013

                                       *Ronald M. Whyte*
                              Honorable Ronald M. Whyte
                              Judge, United States District Court