Christopher D. Banys (State Bar No. 230038)
cdb@banyspc.com
Richard C. Lin (State Bar No. 209233)
rcl@banyspc.com
Jennifer C. Lu (State Bar No. 255820)
jcl@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
TWIN PEAKS SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>RED HAT, INC. AND GLUSTER, INC.,<br><br>                Defendants. | Case No.  5:12-cv-00911-RMW<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective March 4, 2013, Christopher D. Banys, Richard C. Lin, and Jennifer C. Lu are no longer affiliated with The Lanier Law Firm, P.C.  All pleadings, notices, correspondence, and other documents for these attorneys should be addressed as follows:

        Christopher D. Banys
        cdb@banyspc.com
        Richard C. Lin
        rcl@banyspc.com
        Jennifer C. Lu
        jcl@banyspc.com
        BANYS, P.C.

          2200 Geng Road, Suite 200
          Palo Alto, California 94303
          Telephone:  (650) 308-8505
          Facsimile:   (650) 322-9103

Dated: March 5, 2013                         Respectfully submitted,

                                                 By: */s/ Christopher D. Banys*
                                                 Christopher D. Banys (State Bar No. 230038)
                                                 cdb@banyspc.com
                                                 Richard C. Lin (State Bar No. 209233)
                                                 rcl@banyspc.com
                                                 Jennifer C. Lu (State Bar No. 255820)
                                                 jcl@banyspc.com
                                                 BANYS, P.C.
                                                 2200 Geng Road, Suite 200
                                                 Palo Alto, California 94303
                                                 Telephone:  (650) 308-8505
                                                 Facsimile:   (650) 322-9103

                                                 Attorneys for Plaintiff,
                                                 TWIN PEAKS SOFTWARE INC.

NOTICE OF CHANGE OF FIRM AFFILIATION      2                          CASE NO. 5:12-CV-00911-RMW
AND CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A) on this 5th day of March, 2013.

/s/ *Georgia Golfinopoulos*
Georgia Golfinopoulos