| | |
|---|---|
| Christopher D. Banys (State Bar No. 230038)<br>cdb@banyspc.com<br>Richard C. Lin         (State Bar No. 209233)<br>rcl@banyspc.com<br>Jennifer C. Lu         (State Bar No. 255820)<br>jcl@banyspc.com<br>BANYS, P.C.<br>1032 Elwell Court, Suite 100<br>Palo Alto, California 94303<br>Telephone:  (650) 308-8505<br>Facsimile:  (650) 353-2202<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>TWIN PEAKS SOFTWARE INC. | Katherine Kelly Lutton (SBN 194971)<br>lutton@fr.com<br>Shelley K. Mack (SBN 209596)<br>mack@fr.com<br><br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Adam J. Kessel (admitted *pro hac vice*)<br>kessel@fr.com<br>FISH & RICHARDSON P.C.<br>ONE Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Attorneys for Defendants/Counterclaim-Plaintiffs<br>RED HAT, INC. AND GLUSTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC.,<br>        Plaintiff and Counterclaim-Defendant,<br>v.<br><br>RED HAT, INC. AND GLUSTER, INC.,<br>        Defendants and Counterclaim-Plaintiffs. | Case No. 5:12-cv-00911-RMW<br><br>**JOINT MOTION TO EXTEND STAY** |

Plaintiff/Counterclaim-Defendant Twin Peaks Software Inc. and Defendants/Counterclaim-Plaintiffs Red Hat, Inc. and Gluster, Inc. hereby jointly move to extend the currently-effective stay of further proceedings in the above-captioned matter (D.I. 57) from June 20, 2013, through and including August 5, 2013.

Dated: June 20, 2013						Respectfully submitted,

						 /s/ Jennifer C. Lu
						Jennifer C. Lu

						BANYS, P.C.
						Christopher D. Banys (SBN 230038)
						Richard C. Lin        (SBN 209233)
						Jennifer C. Lu        (SBN 255820)
						BANYS, P.C.
						1032 Elwell Court, Suite 100
						Palo Alto, CA  94303
						Tel:  (650) 308-8505
						Fax:  (650) 353-2202

						Attorneys for Plaintiff and Counterclaim-Defendant
						TWIN PEAKS SOFTWARE, INC.


						/s/ Katherine Kelly Lutton
						Katherine Kelly Lutton (SBN 194971)
						lutton@fr.com
						Shelley K. Mack (SBN 209596)
						mack@fr.com
						FISH & RICHARDSON P.C.
						500 Arguello Street, Suite 500
						Redwood City, CA  94063
						Telephone:  (650) 839-5070
						Facsimile:  (650) 839-5071

						Adam J. Kessel (admitted *pro hac vice*)
						kessel@fr.com
						FISH & RICHARDSON P.C.
						ONE Marina Park Drive
						Boston, MA 02210
						Telephone: (617) 542-5070

JOINT MOTION TO EXTEND STAY                                          CASE NO.: 5:12-CV-00911-RMW
                                            1

1  Facsimile: (617) 542-8906

2  Attorneys for Defendants and Counterclaim-Plaintiffs
RED HAT, INC. AND GLUSTER, INC.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28