UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC.,<br>    Plaintiff and Counterclaim-Defendant,<br>v.<br><br>RED HAT, INC. and GLUSTER, INC.,<br>    Defendants and Counterclaim-Plaintiffs. | Case No. 5:12-cv-00911-RMW<br><br>**ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

1    Plaintiff/Counterclaim-Defendant Twin Peaks Software Inc. ("Twin Peaks") and
2  Defendants/Counterclaim-Plaintiffs Red Hat, Inc. ("Red Hat") and Gluster, Inc. ("Gluster") have jointly
3  moved, pursuant to Fed. R. Civ. P. 41(a)(2), for dismissal with prejudice of all claims brought by Twin
4  Peaks against Red Hat and Gluster, and all counterclaims brought by Red Hat and/or Gluster against
5  Twin Peaks in the above-captioned action.  The Court, having considered this request, is of the opinion
6  that their request for dismissal should be granted.

7    IT IS THEREFORE ORDERED that all claims for relief asserted against Red Hat and Gluster by
8  Twin Peaks in the above-captioned action are hereby dismissed with prejudice, and all counterclaims for
9  relief asserted against Twin Peaks by Red Hat and/or Gluster in the above-captioned action are hereby
10 dismissed with prejudice.

11   IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne
12 by each party incurring the same.

13   This is a final judgment.

15 Dated: _____, 2013    _____
16                                     The Honorable Ronald M. Whyte
                                       Judge, United States District Court

ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

CASE NO.: 5:12-CV-00911-RMW

1